UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Southwest Marine and General Insurance Company, | |
| Plaintiff, | 25-CV-6045 (AS) |
| -against- | ORDER |
| Hudson Excess Insurance Company, | |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

    The parties' request to extend existing deadlines is DENIED. The Court gives the parties three options: This action can be dismissed without prejudice pending further proceedings in the underlying action; the parties can consent to the magistrate judge's jurisdiction (and file the appropriate form) if they so desire; or proceed to trial (based on the discovery schedule reflected in the parties' proposed case management plan).

       SO ORDERED.

Dated:  March 4, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge